Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Guangyi Xu*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGYI XU, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, JING AN, and KEN VINCENT QINGSHI ZHANG,<br><br>Defendants. | Case No: 2:15-cv-07952-CAS (RAOx)<br><br>**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d) AND DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)**<br><br>Motion to Dismiss filed: Oct. 14, 2016<br><br>Judge: Hon. Christina A. Snyder |

Lead Plaintiff Guangyi Xu ("Plaintiff"), by his undersigned attorneys, individually and on behalf of all other persons similarly situated, hereby files this Unopposed Motion to: (1) enter judgment, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, in favor of defendant ChinaCache International Holdings, Ltd., consistent with its January 9, 2017 opinion and order but this time with prejudice; and (2) dismiss all claims brought by Plaintiff against defendants Song Wang, Jing An, and

- 1 -

Ken Vincent Qingshi Zhang (the "Individual Defendants"), pursuant to Rule 4(m), without prejudice.

In support thereof, Plaintiff alleges as follows:

1.     On September 14, 2016, Plaintiff filed his Second Amended Complaint for Violation of the Federal Securities Laws (ECF No. 43) (the "Second Amended Complaint").

2.     On October 14, 2016, defendant ChinaCache International Holdings, Ltd. ("ChinaCache") filed its Motion to Dismiss the Amended Complaint (ECF No. 46).

3.     On January 9, 2017, the Court held a hearing on ChinaCache's motion to dismiss and granted the motion without prejudice, allowing Plaintiff until January 30, 2017 to file a third amended complaint (ECF No. 53).

4.     Plaintiff elected not to file a third amended complaint, and the January 30, 2017 deadline has now lapsed.

5.     Despite Plaintiff's good-faith efforts to effectuate service upon the Individual Defendants, pursuant to Fed. R. Civ. P. 4(f) and the Hague Convention, to date he has been unable to effectuate service on the Individual Defendants.

6.     Rule 4(m) of the Federal Rules of Civil Procedure provides that, in the event that "a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant…." Fed. R. Civ. P. 4(m).

7.     Counsel for ChinaCache has advised Plaintiff's counsel that ChinaCache does not object to Plaintiff's request that the Court enter judgment in accordance with its January 9, 2017 opinion and order, although this time with prejudice, (ECF No. 53).

WHEREFORE, Plaintiff respectfully requests that the Court: (1) enter judgment, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, in favor of defendant ChinaCache International Holdings, Ltd., and against Plaintiff, with prejudice and

otherwise consistent with its January 9, 2017 opinion and order; and (2) dismiss all claims brought by Plaintiff against defendants Song Wang, Jing An, and Ken Vincent Qingshi Zhang, pursuant to Rule 4(m), without prejudice as to defendants Song Wang, Jing An, and Ken Vincent Qingshi Zhang.

Dated: February 28, 2017                    Respectfully submitted,

                                            **THE ROSEN LAW FIRM, P.A.**

                                            /s/ *Laurence M. Rosen*
                                            Laurence M. Rosen, Esq. (SBN 219683)
                                            355 S. Grand Avenue, Suite 2450
                                            Los Angeles, CA 90071
                                            Telephone: (213) 785-2610
                                            Facsimile: (213) 226-4684
                                            Email: lrosen@rosenlegal.com

                                            and

                                            Jacob A. Goldberg
                                            101 Greenwood Avenue, Suite 440
                                            Jenkintown, PA  19046
                                            Telephone: (215) 600-2817
                                            Facsimile: (212) 202-3827
                                            Email: jgoldberg@rosenlegal.com

                                            ***Counsel for Lead Plaintiff and the Class***

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2017, I electronically filed the foregoing *Lead Plaintiff's Unopposed Motion for Entry of Judgment Pursuant to Federal Rules of Civil Procedure 54(b) and Dismissal Pursuant To Federal Rule Of Civil Procedure 4(m)* with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
E-M: jgoldberg@rosenlegal.com

*Counsel for Lead Plaintiff and the Class*

- 4 -

PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT UNDER FRCP 54(b) & 58(d)