JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGYI XU, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, JING AN, and KEN VINCENT QINGSHI ZHANG,<br><br>      Defendants. | Case No: 2:15-cv-07952-CAS (RAOx)<br><br>[PROPOSED] ORDER<br><br>Motion to Dismiss filed: Oct. 14, 2016<br><br>Judge: Hon. Christina A. Snyder |

AND NOW THIS, 1ST day of March, 2017, Lead Plaintiff's Unopposed Motion for Entry of Judgment Pursuant to Federal Rules of Civil Procedure 54(b) and Dismissal Pursuant To Federal Rule Of Civil Procedure 4(m) is GRANTED as follows:

(1) judgment is entered, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, in favor of defendant ChinaCache International Holdings, Ltd., and against Plaintiff, with prejudice and otherwise consistent with its January 9, 2017 opinion and order;

(2) all claims brought by Plaintiff against defendants Song Wang, Jing An, and Ken Vincent Qingshi Zhang, pursuant to Rule 4(m), are dismissed without prejudice.

Dated: March 1, 2017

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge