# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL     'O'

| | |
|---|---|
| Case No. | 2:15-cv-07952-CAS(RAOx)    Date   February 5, 2018 |
| Title | GUANGYI XU v. CHINACACHE INTERNATIONAL HOLDINGS LTD. ET AL. |

**Present: The Honorable**    CHRISTINA A. SNYDER

| Catherine Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jacob Goldberg | Peter Morrison |
| | Virginia Milstead |

**Proceedings:** PLAINTIFF'S UNOPPOSED MOTION FOR INDICATIVE RULING SUPPORTING FED. R. CIV. P. 62.1(a)(3) REGARDING THE COURT'S WILLINGNESS TO ENTERTAIN MOTIONS FOR APPROVAL OF CLASS SETTLEMENT (Dkt. 59, filed January 2, 2018)

    The Court finds that the circumstances of this case are appropriate for an indicative ruling. In order to facilitate a limited remand from the Ninth Circuit Court of Appeals in <u>Guangyi Xu v. ChinaCache Intl. Holdings Ltd., et al</u>, (9th Cir. No. 17-55295), the Court hereby issues an INDICATIVE RULING with respect to the proposed class settlement. Plaintiff's motion for an indicative ruling demonstrates that the proposed settlement raises substantial issues to be adjudicated, <u>see</u> Fed. R. Civ. P. 62.1(a)(3), and the Court certifies that it would hear plaintiff's motion for preliminary approval of the proposed settlement if the Ninth Circuit chooses to remand. Plaintiff shall promptly notify the Ninth Circuit clerk of this ruling. <u>See</u> Fed. R. Civ. P. 62.1(b); Fed. R. App. P. 12.1(a).

    IT IS SO ORDERED.

| | 00 : 02 |
|---|---|
| Initials of Preparer | CMJ |