Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Guangyi Xu*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGYI XU, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, JING AN, and KEN VINCENT QINGSHI ZHANG,<br><br>Defendants. | Case No: 2:15-cv-07952-CAS (RAOx)<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br>Date: April 30, 2018<br>Time: 10:00 a.m.<br>Ctrm.: 8D<br>Judge: Hon. Christina A. Snyder |

Plaintiff Guangyi Xu ("Plaintiff"), individually and on behalf of the proposed settlement class, respectfully submits this Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures.

PLEASE TAKE NOTICE that on a date to be determined by the Court, in the United States District Court for the Central District of California, Plaintiff will and hereby does move the Court for an order: (i) preliminarily approving the settlement Plaintiff has reached with defendant ChinaCache International Holdings Ltd. ("ChinaCache"); (ii) certifying the settlement class for settlement purposes only, appointing Plaintiff as the class representative, and appointing The Rosen Law Firm, P.A. as class counsel; (iii) approving the parties' proposed form and method of giving settlement class members notice of the action and proposed settlement; and (iv) setting a hearing on whether the Court should grant final approval of the settlement, dismiss claims against Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to co-lead counsel. This motion is based upon this Notice of Unopposed Motion, Unopposed Motion, the Declaration of Jacob Goldberg and all exhibits attached thereto, the Memorandum of Points and Authorities, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Plaintiff makes this motion following the conference of counsel pursuant to Local Rule 7-3, conducted on March 28, 2018, during which ChinaCache's counsel advised that ChinaCache does not oppose this motion.

Dated: March 28, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg

***Counsel for Lead Plaintiff and the Class***

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018, I electronically filed the foregoing ***Lead Plaintiff's Notice of Unopposed Motion and Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures*** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
E-M: jgoldberg@rosenlegal.com

***Counsel for Lead Plaintiff and the Class***